United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                    No. CR 99-465 MMC

12          Plaintiff                             **ORDER DIRECTING DEFENDANT
                                                  WILKERSON TO SUBMIT CHAMBERS
13     v.                                         COPY IN COMPLIANCE WITH LOCAL
                                                  RULES OF THIS DISTRICT**
14   JEREMY THOMAS WILKERSON,

15          Defendant.
                                              /
16

17          On November 13, 2012, defendant Jeremy Thomas Wilkerson electronically filed a

18   "Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e);

19   Waiver of Hearing Pursuant to Rule 23.1, F.R.Cr.P."  Defendant has violated the Local

20   Rules of this District, however, by failing "to provide for chambers a paper copy of each

21   document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7);

22   Crim. L.R. 2-4 (providing "extra copy of any document filed in a criminal case shall be

23   marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. .

24   . . 5-1(e)(7)).

25          Defendant is hereby ORDERED to comply with the Local Rules of this District by

26   immediately submitting a chambers copy of the above-referenced document.  Defendant is

27   hereby advised that if he fails in the future to comply with the Local Rules requiring him to

28   provide a chambers copy of electronically-filed documents, the Court may impose

1  sanctions, including, but not limited to, striking from the record any electronically-filed

2  document of which a chambers copy has not been timely provided to the Court.

3      **IT IS SO ORDERED.**

4

5  Dated:  November 16, 2012

6                                         MAXINE M. CHESNEY
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28