IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 99-465 MMC |
| Plaintiff | **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |
| v. | |
| JEREMY THOMAS WILKERSON, | |
| Defendant. | |

Before the Court is defendant's Motion for Early Termination of Supervised Release, filed November 13, 2012. The motion has not been noticed for hearing, and the views of the United States Probation Office and United States Attorney are unknown.

Accordingly, the Court hereby sets the following briefing schedule:

1. Any opposition or other response shall be filed no later than November 30, 2012.

2. Any reply shall be filed no later than December 6, 2012.

3. Unless otherwise ordered, a hearing on the motion will be conducted on December 12, 2012 at 2:15 p.m.

**IT IS SO ORDERED.**

Dated: November 16, 2012

MAXINE M. CHESNEY
United States District Judge