IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 99-465 MMC |
| Plaintiff | **ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| JEREMY THOMAS WILKERSON, | |
| Defendant. | |

Before the Court is defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e), filed November 13, 2012. The United States Attorney does not oppose the motion. (See Statement of Non-Opposition, filed Nov. 30, 2012.)

Having read and considered the papers filed by the respective parties, and good cause appearing, defendant's Motion is hereby GRANTED, and defendant's supervised release is hereby TERMINATED.

In light of the above, the hearing scheduled for December 12, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 4, 2012

MAXINE M. CHESNEY
United States District Judge